USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/19/2021

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
MARIANNE W. CANTOR and RICHARD
CANTOR,

|  |  |
|---|---|
| Plaintiffs, | **20-CV-9035 (LAK) (KHP)** |
|  |  |
| -against- | <u>**ORDER SCHEDULING SETTLEMENT**</u> <u>**CONFERENCE**</u> |

AMF BOWLING CENTERS, INC. d/b/a,
BOWLMOR CHELSEA PIERS, CHELSEA
PIERS MANAGEMENT INC., CHELSEA
PIERS L.P., and BOWLERO SPORTS &
ENTERTAINMENT HOLDINGS d/b/a
BOWLMOR,

                                             Defendants.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

A telephonic settlement conference in this matter is scheduled for <u>**Thursday, December**</u>

<u>**16, 2021 at 2:00 p.m.**</u>  Counsel for the parties are directed to call Judge Parker's court

conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267.**

Corporate parties must send the person with decision making authority to settle the matter to

the conference.  The parties are instructed to complete the Settlement Conference Summary

Report and prepare pre-conference submissions in accordance with the Judge Parker's

Individual Rules of Practice.  Pre-conference submissions must be received by the Court no later

than <u>**December 9, 2021 by 5:00 p.m.**</u>

          **SO ORDERED.**

DATED:        New York, New York
                  October 19, 2021

                                                        _____
                                                        KATHARINE H. PARKER
                                                        United States Magistrate Judge