

April 21, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2022
```

Keri A. Joeckel
914.872.7160 (direct)
Keri.Joeckel@wilsonelser.com

**Joint Status Letter Regarding Settlement**

**Via ECF**
Hon. Katharine H. Parker
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

> Application Granted. If a stipulation of dismissal is not filed within 45 days, the parties shall file another status letter via ECF.
>
> **APPLICATION GRANTED**
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 4/22/2022

Re:   *Marianne W. Cantor and Richard Cantor v. AMF Bowling Centers Inc. et al.*
      Docket No.                :    1:20-cv-09035-LAK-KHP
      Wilson Elser File No.     :    11033.00201

Dear Judge Parker:

On March 15, 2022, a Settlement Conference was held before Your Honor in this matter. At that time, the parties were unable to reach a settlement. However, since that time, the parties have continued the momentum that the Settlement Conference began and have engaged in extensive settlement negotiations.

The parties are pleased to report to Your Honor that we have now reached a settlement in principle in this matter. We are in the process of preparing settlement documents to be exchanged, and anticipate a Stipulation of Discontinuance will be filed within the next forty five (45) days.

As a result, we jointly respectfully request that the current discovery deadlines and Conference dates be stayed, while the parties finalize the settlement.

We thank the Court for its time and assistance in this matter.

Respectfully submitted,

*Wilson Elser Moskowitz Edelman & Dicker LLP*

    /s/
Keri A. Joeckel

*Fellows Hymowitz P.C.*

    /s/
Steven R. Hymowitz

260532444v.1