

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9-19-22
```

September 16, 2022

Keri A. Joeckel
914.872.7160 (direct)
Keri.Joeckel@wilsonelser.com

**Via ECF**
Hon. Lewis A. Kaplan
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007-1312

Re:   *Marianne W. Cantor and Richard Cantor v. AMF Bowling Centers Inc. et al.*
     Docket No.                :      1:20-cv-09035-LAK-KHP
     Wilson Elser File No.   :      11033.00201

Dear Judge Kaplan:

This office represents the Defendant, AMF Bowling Centers, Inc., in reference to the above captioned matter.

On April 21, 2022, the parties jointly notified the Court that a settlement in principal had been reached in this matter, pending finalization of settlement documents. On June 30, 2022, Defendant filed a Stipulation of Discontinuance in this matter. Defendant was then notified of docketing errors, which were ultimately corrected on July 6, 2022, and the Stipulation of Dismissal was filed (ECF Doc. No. 38). A copy is annexed to this correspondence.

Thereafter, Defendant received a notification that the Stipulation was reviewed and referred to Your Honor for approval because it appeared that it did not dismiss all parties to the action. Upon receipt of same, I called Your Honor's Court Clerk, and explained that the action was discontinued against all defendants except AMF Bowling Centers, Inc. prior to removal from State Court. A copy of the Stipulation of Discontinuance as to defendants Chelsea Piers Management Inc., Chelsea Piers L.P., and Bowlero Sports and Entertainment Holdings d/b/a Bowlmor, is docketed at ECF Doc. No. 1, Exhibit/Attachment #5, "Partial Stip Disc ont.," [sic]. A copy is annexed to this correspondence.

However, it does not appear that the Stipulation of Dismissal has yet been processed by the Court. As this matter has been fully discontinued against all defendants, defendants respectfully request that this matter be marked discontinued and closed.

We thank the Court for its time and assistance in this matter.

Respectfully submitted,

*Kari*

Keri A. Joeckel, Esq.

Granted

SO ORDERED

LEWIS A. KAPLAN, USDJ
9/18/22

275668503v.1